**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT
8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11  JULIE CAMPANELLI                              NO. CV 08-01862 WDB
12           Plaintiff,                           **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NO. 1 AND/OR REGISTER AS AN E-FILER**.
         v.
13
    HERSHEY COMPANY
14
             Defendant.
15  _____/
16
17  On April 7, 2008, counsel for Plaintiff filed a Complaint, docket #1, manually, on paper. This case has
18  been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
19
20  The above mentioned paper document has been filed and docketed. However, General Order 45
21  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
22  presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the
23  Complaint, docket #1, in PDF format within 10 days, as an attachment in an *e-mail* message directed
24  to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**
25  button and follow the procedure listed there). Do *not* e-file a document which has been previously filed
26  on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.
27
28

**United States District Court**
For the Northern District of California

1  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
2  become an ECF User and be assigned a user ID and password for access to the system upon designation
3  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
4  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
5  at ecf.cand.uscourts.gov.

6  Dated: April 22, 2008               <u>Cynthia Lenahan</u>
                                        Deputy Clerk

2