

Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here:
David C. Feola, 29025-D Upper Bear Creek Road, Evergreen, Colorado;
Telephone (303) 674-7000, Extension 14.

**FILED**
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JULIE CAMPANELLI, et al.

            Plaintiff(s),

v.

THE HERSHEY COMPANY

            Defendant(s).

CASE NO. C 08-01862 WDB

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, David C. Feola, an active member in good standing of the bar of Colorado, Tenth Circuit, U.S.D.C. for Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas J. Brandi, The Brandi Law Firm, 354 Pine Street, Third Floor, San Francisco, California 94104; Telephone 415-989-1800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2008