**RECEIVED**
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

JULIE CAMPANELLI, et al.

CASE NO. C 08-01862

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

THE HERSHEY COMPANY

Defendant(s).
_____/

David C. Feola                       , an active member in good standing of the bar of

Colorado, U.S. Tenth Circuit, U.S.D.C., Colo     whose business address and telephone number

(particular court to which applicant is admitted)

is

29025-D Upper Bear Creek Road, Evergreen, Colorado

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 4-28-08

_____
United States Magistrate Judge
Wayne D. Brazil