UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPANELLI, et al. | No. C 08-1862 WDB |
| Plaintiffs, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

To accommodate the Court's schedule, the upcoming case management conference set for July 17, 2008 is continued to **Monday, July 21, 2008, at 4:00 p.m**  Lead trial counsel for each party must participate in the case management conference. By no later than Monday, July 14, 2008, the parties must electronically file a Joint Case Management Conference Statement.

Dated: June 25, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk

Copies to:
   All parties,
   WDB, Stats