THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
TERENCE D. EDWARDS (CA Bar No. 168095)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
Email: tjb@brandilaw.com

LAW OFFICE OF DAVID C. FEOLA, P.C.
DAVID C. FEOLA* (CO Bar No. 18789)
29025-D Upper Bear Creek Road
Evergreen, CO 80439
Phone: (303) 674-7000, Ext. 14
Fax:    (303) 674-6684
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY, DANIEL GOLIN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, and JOSEPHINE GODFREY on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No.: 08-cv-01862-WDB<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Plaintiffs assert that the putative collective and class action members have potential financial and other interests in this case. Plaintiffs cannot identify all such persons at the present time without the aid of disclosures or discovery from Defendant The Hershey Company.

Dated: July 15, 2008

THE BRANDI LAW FIRM

By: /s Brian J. Malloy
BRIAN J. MALLOY
The Brandi Law Firm
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801
bjm@brandilaw.com