1  CHRIS A. HOLLINGER (S.B. #147637)
   chollinger@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
4  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
5
   FRAMROZE A. VIRJEE (S.B. #120407)
6  fvirjee@omm.com
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, CA 90071
8  Telephone:    (213) 430-6000
   Facsimile:    (213) 430-6047
9
   Attorneys for Defendant
10 THE HERSHEY COMPANY

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                   **OAKLAND DIVISION**

14

15 JULIE CAMPANELLI, SABRINA          Case No. C 08-1862 WDB
   ANDERSON, NANCY SMITH,
16 TARYN SEDGELEY, DANIEL
   GOLIN, FRANCIS MCKEEVER,
17 BRYAN MILLER, JAMES              **DEFENDANT THE HERSHEY**
   AMICARELLA, and JOSEPHINE        **COMPANY'S CERTIFICATION OF**
18 GODFREY on their own behalf and on **INTERESTED ENTITIES OR**
   behalf of all others similarly situated, **PERSONS**
19
                 Plaintiffs,
20
        v.
21
   THE HERSHEY COMPANY,
22
                 Defendant.
23

24

25        Pursuant to Civil L.R. 3–16, although Defendant The Hershey Company

26 understands it to be the only person, association of persons, firm, partnership, corporation

27 (including parent corporations) or other entity that (i) has a financial interest in the subject

28 matter in controversy or in a party to the proceeding; or (ii) has a non-financial interest in

1    that subject matter or in a party that could be substantially affected by the outcome of this

2    proceeding, the undersigned identifies Artisan Confections Company, which is a wholly-

3    owned subsidiary of Defendant The Hershey Company.

4

     Dated:  July 15, 2008.                O'MELVENY & MYERS LLP

5

6

7                                         By:_____/s/_____
                                           Chris A. Hollinger

8                                      Attorneys for Defendant

9                                      THE HERSHEY COMPANY

10

11   SF1:721797.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          - 1 -                CERTIFICATION OF INTERESTED