```
 1
 2
 3
 4
 5
                        UNITED STATES DISTRICT COURT
 6
                        NORTHERN DISTRICT OF CALIFORNIA
 7
 8
    JULIE CAMPANELLI, et al.
 9                                              No. C 08-1862 WDB

10           Plaintiff(s),                      CONSENT TO PROCEED BEFORE A
                                                UNITED STATES MAGISTRATE JUDGE
11      v.
    THE HERSHEY COMPANY
12
13           Defendant(s).
                                         /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: July 15, 2008                        _____
                                                 Signature
22
                                                 Counsel for  Defendant
23                                               (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28
```