1  CHRIS A. HOLLINGER (S.B. #147637)
   chollinger@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
4  Telephone:  (415) 984-8700
   Facsimile:   (415) 984-8701
5
   FRAMROZE A. VIRJEE (S.B. #120407)
6  fvirjee@omm.com
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, CA 90071
8  Telephone:  (213) 430-6000
   Facsimile:   (213) 430-6047
9
   Attorneys for Defendant
10 THE HERSHEY COMPANY

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14

15 | JULIE CAMPANELLI, SABRINA        | Case No. C 08-1862 WDB
   | ANDERSON, NANCY SMITH,
16 | TARYN SEDGELEY, DANIEL
   | GOLIN, FRANCIS MCKEEVER,
17 | BRYAN MILLER, JAMES              | DEFENDANT THE HERSHEY
   | AMICARELLA, and JOSEPHINE        | COMPANY'S CERTIFICATION OF
18 | GODFREY on their own behalf and on | INTERESTED ENTITIES OR
   | behalf of all others similarly situated, | PERSONS
19
20            Plaintiffs,

21     v.

22 THE HERSHEY COMPANY,

23            Defendant.

24

25     Pursuant to Civil L.R. 3-16, although Defendant The Hershey Company

26 understands it to be the only person, association of persons, firm, partnership, corporation

27 (including parent corporations) or other entity that (i) has a financial interest in the subject

28 matter in controversy or in a party to the proceeding; or (ii) has a non-financial interest in

1  that subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding, the undersigned identifies Artisan Confections Company, which is a wholly-
3  owned subsidiary of Defendant The Hershey Company.

Dated: July 15, 2008.                     O'MELVENY & MYERS LLP


                                          By:_____/s/_____
                                              Chris A. Hollinger

                                          Attorneys for Defendant
                                          THE HERSHEY COMPANY


SF1:721797.1