CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

FRAMROZE A. VIRJEE (S.B. #120407)
fvirjee@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6047

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JULIE CAMPANELLI, SABRINA ANDERSON, NANCY SMITH, TARYN SEDGELEY, DANIEL GOLIN, FRANCIS MCKEEVER, BRYAN MILLER, JAMES AMICARELLA, and JOSEPHINE GODFREY on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. C 08-1862 WDB<br><br>**DEFENDANT THE HERSHEY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, although Defendant The Hershey Company understands it to be the only person, association of persons, firm, partnership, corporation (including parent corporations) or other entity that (i) has a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) has a non-financial interest in

that subject matter or in a party that could be substantially affected by the outcome of this proceeding, the undersigned identifies Artisan Confections Company, which is a wholly-owned subsidiary of Defendant The Hershey Company.

Dated: July 15, 2008.

O'MELVENY & MYERS LLP

By: _____/s/_____
Chris A. Hollinger

Attorneys for Defendant
THE HERSHEY COMPANY

SF1:721797.1