UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


JULIE CAMPANELLI, et al.

                                     Case No.  C 08-1862 WDB
Plaintiff(s),

                                     ADR CERTIFICATION BY PARTIES
                                     AND COUNSEL

      v.

THE HERSHEY COMPANY

Defendant(s).
_____/


        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.



Dated: 7/1/08                                               Nancy Smith
                                                   [Party]



Dated: 7/21/08                                            Brian J. Malloy, Esq.
                                                   [Counsel]


---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---